```
 1  FRAILING, ROCKWELL & KELLY
    By: Jeffrey R. Duarte
 2  State Bar No. 186190
    P.O. Box 0142
 3  Modesto, CA  95353-0142
    Telephone: (209) 521-2552
 4  FAX: (209) 526-7898

 5  Attorneys for Plaintiff

 6

 7

 8

 9                IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  David C. Anderson,              CIVIL NO. 1:06cv1184 DLB

13         Plaintiff,

14  vs.                             STIPULATION AND ORDER
                                    TO EXTEND TIME
15  Michael J. Astrue,
    Commissioner of Social
16  Security,

17         Defendant.

18

19       IT IS HEREBY STIPULATED by and between the parties, subject
20  to the approval of the Court, that plaintiff's time to file
21  plaintiff's opening brief with the court be extended from February
22  24, 2007 to March 26, 2007.
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
```

1   This is plaintiff's first request for an extension of time.
2   Plaintiff needs the additional time to further review the file and
3   prepare his opening brief.

                                    Respectfully submitted,

7   Dated: February 23, 2007        By */s/ Jeffrey R. Duarte*
                                    Jeffrey R. Duarte
8                                   Attorney for Plaintiff

10
11  Dated: February 23, 2007        McGREGOR W. SCOTT
                                    United States Attorney

                                    By */s/ Elizabeth Firer*
13                                  (As authorized via facsimile)
                                    Elizabeth Firer
14                                  Special Assistant U.S. Attorney

    IT IS SO ORDERED.

    **Dated:  February 23, 2007**              **/s/ Dennis L. Beck**
    9b0hie                                UNITED STATES MAGISTRATE JUDGE