McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8943
Fax: (916) 744-0134
Email:  Elizabeth.Firer@ssa.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DAVID C. ANDERSON, | ) Case No. 1:06cv1184 DLB |
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER TO EXTEND TIME |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

   The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days to respond to Plaintiff's motion for summary judgment, due to illness and scheduling conflicts arising from the large number of cases which await briefing.  The current due date is April 30, 2007.  The new due date will be May 30, 2007.

   The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Stip & Proposed Order Re Ext of D's Time                               Page 1

|     |                          |                                           |
| --- | ------------------------ | ----------------------------------------- |
| 1   |                          | Respectfully submitted,                   |
| 2   |                          |                                           |
| 3   |                          | */s/ Jeffrey R. Duarte*                   |
| 4   | Dated April 26, 2007,    | _____            |
|     |                          | Jeffrey R. Duarte                         |
|     |                          | (as authorized via telephone)             |
| 5   |                          | Attorney at Law                           |
| 6   |                          | Attorney for Plaintiff                    |

Dated April 26, 2007    McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By:     /s/ *Elizabeth Firer*
_____
Elizabeth Firer
Special Assistant U.S. Attorney

Attorneys for Defendant

IT IS SO ORDERED.

**Dated:   April 27, 2007**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

Stip & Proposed Order Re Ext of D's Time                              Page 2